**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DARLA AND PAUL MORALES, III** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **SECTION:** |
| | * | |
| **THE MCPHERSON COMPANIES, INC.** | * | **JUDGE:** |
| | * | |
| | * | **MAGISTRATE:** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**COMPLAINT FOR DAMAGES**</u>

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint for Damages of Darla & Paul Morales, III, persons of majority age, citizens of the United States of America, and domiciled in Jefferson Parish, Louisiana, with respect represents:

1.

Made Defendant herein is:

    (a) The McPherson Companies, Inc. (hereinafter "McPherson"), a foreign corporation domiciled and with its principal business office in Trussville, Alabama and authorized to do and doing business in this state judicial district at all material times.

**FIRST CAUSE OF ACTION**

2.

At all material times, Plaintiff, Paul Morales, III, was employed as a used car auto mechanic at Lakeside Toyota in Jefferson Parish, Louisiana.

3.

On or about November 12, 2021, an oil tank truck owned and operated by Defendant,

McPherson and driven a McPherson employee arrived at the Lakeside Toyota dealership to deliver motor oil for use at the facility.

4.

The McPherson delivery driver connected the tank truck hose to a large oil storage drum near Plaintiff's work area. The delivery driver opened the tank truck valve and then left the area.

5.

Plaintiff returned to his work area to find oil coming out of the top of the storage drum where the tank truck hose was connected and spilling throughout the adjacent work area.

6.

Plaintiff immediately alerted the McPherson delivery driver, who closed the tank truck valve, shut off the oil flow and retrieved oil absorbent pads from his truck to clean up the spilled oil. Plaintiff tried to assist the driver with cleaning up the spilled oil.

7.

As Plaintiff was attempting to place Floor Dri granules over the spill, he turned around and he slipped and fell in the oil.

8.

As a result of the incident described herein, through no fault of his own, Plaintiff suffered severe and permanently disabling injuries to his right shoulder and connective muscles, joints, tissues and bone, for which injuries Plaintiff has sought and continues to require medical care and treatment, including surgical intervention.

9.

Under Louisiana law, the incident described herein and resulting severe and permanently disabling injury to Plaintiff were solely and proximately caused by the negligence and fault of

Defendant, The McPherson Companies, Inc., through its delivery driver/employee, working in the course and scope of his employment at all times, in the following non-exclusive particulars:

(a) Failing to use reasonable care under the circumstances of the delivery;

(b) Failing to properly handle a hazardous substance;

(c) Failing to observe the oil being discharged from his truck during the discharge process;

(d) Failing to shut off the flow of oil from his truck tank to the Lakeside Toyota storage drum in a timely manner;

(e) Failing to appropriately respond to an unreasonably dangerous condition that the delivery driver created; and

(f) Other negligent acts and/or omissions to be shown at the trial of this action.

10.

Defendant is legally responsible for the acts and omissions of its delivery driver and the damages and harm caused by same through the doctrine of *respondeat superior.*

11.

As a consequence of the events and occurrences described herein and the resulting severe, painful, permanent, and disabling injuries, Plaintiff, Paul Morales, III, is entitled to damages for past, present, and future physical and emotional pain and suffering, permanent physical disability, past and future medical expenses, loss of wages and wage-earning capacity and loss of fringe benefits, all in an amount to be determined in this cause.

12.

Jurisdiction over this first cause of action against Defendant, The McPherson Companies, Inc., is based upon 28 U.S.C. § 1332, commonly known as diversity jurisdiction, as the amount

in controversy exceeds $75,000.00 exclusive of costs and interest, and the Plaintiff and Defendant are citizens of different states.

13.

Plaintiff hereby requests a trial by jury on all issues raised in this First Cause of Action.

## AND FOR A SECOND CAUSE OF ACTION

14.

Plaintiff repeats and reavers all allegations of law and fact previously pled herein as if replead in their entirety.

15.

At all material times, Plaintiff, Darla Morales, was and is the lawful spouse of Paul Morales, III.

16.

The incident and resulting injuries and damages to Paul Morales, III described herein have caused Darla Morales to suffer a loss of consortium and society, for which losses she is entitled to recover damages under Louisiana law.

17.

Jurisdiction over this second cause of action against Defendant, The McPherson Companies, Inc., is based upon 28 U.S.C. § 1332, commonly known as diversity jurisdiction, as the amount in controversy exceeds $75,000.00 exclusive of costs and interest, and the Plaintiff and Defendant are citizens of different states.

18.

Plaintiff hereby requests a trial by jury on all issues raised in this Second Cause of Action.

**WHEREFORE**, after due proceedings had, Plaintiffs, Darla and Paul Morales, III pray

for judgment in their favor and against Defendant, McPherson Companies, Inc. for compensatory damages in an amount reasonable under the circumstances of this cause, for all taxable costs and interests as allowed by Louisiana law, and for all additional general and equitable relief to which Plaintiffs may be entitled under the circumstances of this cause.

        Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817) (T.A.)
JESSICA L. IBERT (#33196)
LEWIS, KULLMAN, STERBCOW & ABRAMSON, LLC
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
Facsimile: (504) 588-1514
sterbcow@lksalaw.com
jibert@lksalaw.com
COUNSEL FOR PLAINTIFF

**PLEASE SERVE:**

**THE MCPHERSON COMPANIES, INC.**
Through its registered agent:
National Registered Agents, Inc.
3867 Plaza Tower Drive
Baton Rouge, LA 70816